IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA L. PFORTS, | : |
| Plaintiff, | : |
| vs. | : |
| | : Civil Action Number: |
| ADVANCED ORAL AND MAXILLOFACIAL SURGERY, P.C. d/b/a EAST COBB ORAL SURGERY and DANIEL P. BRUNNER, | : 1:12-CV-00893-JEC |
| Defendants. | : |

## [~~PROPOSED~~] ORDER

The above-styled case is presently before the Court on the Parties' Motion for Review and Approval of Settlement and Release Agreement. The Court has reviewed the Motion and the Parties' Settlement Agreement and Full and Final Release of All Claims ("Settlement Agreement") and finds that the settlement is a fair and reasonable resolution of this bona fide dispute. *See Lynn's Food Stores, Inc. v. United States of Am.*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, for good cause shown, the Parties' Motion for Review and Approval of Settlement and Release Agreement is hereby GRANTED, and the proposed settlement and the Settlement Agreement are hereby APPROVED. This Court shall retain jurisdiction over this matter pending final execution of the Settlement Agreement

and until Plaintiff files a Stipulation of Dismissal with Prejudice.

IT IS SO ORDERED, this <u>13th</u> day of June, 2012.

                                               `/s/ Julie E. Carnes`
                                               Honorable Julie E. Carnes
                                               Chief Judge, United States District Court